IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| GIBSON BRANDS INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:13-cv-01387 |
| CETON CORP., | ) Jury Demand |
| Defendant. | ) ) ) |

[handwritten annotations: "GRANTED / Thurmoligu / deus granted / See DE 18. / 10-27-14"]

## MOTION TO ENTER AGREED ORDER
## AMENDING CASE MANAGEMENT ORDER

The parties have conferred and agreed to modify certain pre-trial deadlines in the Court's case management orders. (Docket Entry Nos. 15 and 16.) A proposed agreed order is attached as Exhibit 1.

The new proposed deadlines will not affect the date of trial nor the deadlines for summary judgment.

Accordingly, Plaintiff requests that the Court enter the attached agreed order modifying pretrial deadlines.

Submitted by:

/s/ Tim Harvey
Tim Harvey (BPR 21509)
Riley Warnock & Jacobson, PLC
1906 West End Ave.
Nashville, TN 37203
tharvey@rwjplc.com

Counsel for Plaintiff

1